FILED

MAR 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR840-DMS |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 8, U.S.C., |
| | ) | Secs. 1324(a)(1)(A)(ii) and |
| STEPHEN MICHAEL STEPHENSON (1), | ) | (v)(II) - Transportation of |
| MIKE ROJAS-GARCIA, JR. (2), | ) | Illegal Aliens and Aiding and |
| | ) | Abetting |
| Defendants. | ) | |
| | ) | |

The United States Attorney charges:

On or about March 6, 2008, within the Southern District of California, defendants STEPHEN MICHAEL STEPHENSON and MIKE ROJAS-GARCIA, JR., with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Felix Melchor-Morales, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 3/19/08 .

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:mg:San Diego