# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 APR 23 PM 2:45
CLERK US DISTRICT...
SOUTHERN DISTRICT...

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Sabraw    DEPUTY
FROM: J. Paris,    Deputy Clerk    RECEIVED DATE:    4/18/08
CASE NO.: 08cr840    DOCUMENT FILED BY:    Steven Stephenson
CASE TITLE: USA v. Stephenson
DOCUMENT ENTITLED: Motion for Substitution of Attorney

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

Date forwarded: 4/22/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on ~~all parties.~~ *Defendants' counsel only.*

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☒

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: _[signature]_

Dated: 4-23-08    By:    **DANA M. SABRAW**
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Re: Stephen Stephenson
Reg.# 07486-298 "K"
M.C.C.
808 Union St.
San Diego, Ca. 92101

**REJECTED**

Pro-Per

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | 08CR0840DMS<br>Criminal Case No. CR0840DMS-1 |
| v. | |
| STEPHEN STEPHENSON, Defendant. | MOTION FOR SUBSTITUTION OF COUNSEL UNDER Sixth Amendment Pursuant; STRICKLAND v. WASHINGTON |

## EMERGENCY MOTION
(HONORABLE JUDGE DANA M. SABRAW)

Defendant, Stephen Stephenson petitions this court, Honorable Judge Dana M. Sabraw for granting of Substitution of present counsel; Atty. Mahir T. Sherif, based on lack of communication, and lies, and differance of opinion; pursuant; to Strickland v. Washington, 466 U.S. 668, 80L Ed 2d 674, 104 S.Ct. 2052.

The performance of defense counsel is a crucial component of the system of protection, embodied in the Sixth Amendment.

Defendant urges this court to grant this request, and grant Defendant to Represent himself; PRO-PER in furtherance of Justice.

Executed April 14, 2008.
Date: Court 6-27-08

Respectfully Submitted,

Stephen Stephenson
STEPHEN STEPHENSON

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>STEPHEN STEPHENSON,<br>Defendant. | CERTIFICATE OF SERVICE<br>CASE NO. CR-00840-DMS-1 |

IT IS HEREBY CERTIFIED THAT:

I, STEPHEN STEPHENSON, am a citizen of the United States and am at least eighteen years of age. My business address is: 808 Union St., San Diego, California 92101. Unit "K"

I hereby certify that I have mailed the foregoing by the United States Postal Service, to the following Clerk of the Court to 880 Front Street, Room 6293, San Diego, California, 92101-8893.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2008

DATE: Court 6-27-08

STEPHEN STEPHENSON